628

417 A.2d 767

Commonwealth v. Gibbs, Appellant.

Submitted September 15, 1978. Richard Lunenfeld, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

417 A.2d 767

Commonwealth v. Hake, Appellant.

Submitted March 12, 1979. Nathaniel W. Boyd, IV, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order of the court below affirmed.